**Opinion filed March 17, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00080-CV

_____

## OAK POINT PARTNERS, LLC, Appellant

## V.

## DIAMONDBACK E&P, LLC, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV51836**

## M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they "have reached an agreement to compromise and settle their differences in this suit." The parties request that we dismiss this appeal and tax costs against the party incurring same. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

March 17, 2022                                                          PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.